

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00171-CV

James **HERNANDEZ**,
Appellant

v.

**R. A. OSBORNE ENTERPRISES, LLC**,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-19771
The Honorable Richard E. Price, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, Appellant's motion to dismiss this appeal is GRANTED, and the appeal is DISMISSED. It is ORDERED that costs of the appeal are taxed against the parties who incurred them.

SIGNED August 21, 2013.

_____
Patricia O. Alvarez, Justice